UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK POWELL,

    Plaintiff,

-v-

SIEDLECKI CONSTRUCTION CO. INC.,
UNITED STATES POSTAL SERVICE (USPS)
and THE UNITED STATES OF AMERICA,
RXR PO OWNER, LLC, 230 PARK AVENUE
ASSOCIATES.

    Defendants.

---

Civil Action No:

**Civil Action**

**COMPLAINT**
**PLAINTIFF'S DEMAND TRIAL BY JURY**

## JURISDICTION AND VENUE

1. Jurisdiction of the Court is predicated upon 28 U.S.C. § 1346(b)(1), because the dispute involves a claim that plaintiff, Patrick Powell, sustained serious personal injuries as a result of a negligent act or omission of an employee(s) of the United States Postal Service, acting within the scope of their employment, and a private person would be liable to the plaintiff in accordance with the law of the place where the negligent act/omission occurred.

2. An administrative claim was previously presented by a Standard Form 95 Claim to the United States Postal Service on or about May 22, 2015 by way of certified mail, return receipt requested, and said claim was denied on November 5, 2015. The six (6) month deadline has not expired and all jurisdictional preconditions to this suit have been met.

3. Venue is proper in this Court pursuant to 32 CFR 750.32 because the act or omission occurred at the premises located at 450 Lexington Avenue, New York, NY 10017.

## PARTIES

4. At all times hereinafter mentioned, plaintiff, Patrick Powell, was a resident of 192-22 Williamson Avenue Queens, NY 11413.

5. At all times hereinafter mentioned, defendant, Siedlecki Construction Co. Inc., a foreign corporation organized under the laws of New Jersey, was the general contractor of the project plaintiff, Patrick Powell, was injured on which was occurring at 450 Lexington Avenue, New York, NY on August 21, 2013.

6. At all times hereinafter mentioned, defendant, United States Postal Service (USPS) and the United States of America, operated a post office at the address 450 Lexington Avenue, New York, NY, owned a portion of the property located at said address and hired defendant Siedlecki Construction Company to perform construction work on its property.

7. At all times hereinafter mentioned, defendant, RXR PO Owner, LLC, a foreign limited liability corporation organized under the laws of Delaware was a real estate operating company with a principle place of business located at 625 RXR Plaza, Uniondale, NY 11556, owned a portion of the premises located at 450 Lexington Avenue, New York, NY.

8. At all times hereinafter, defendant, 230 Park Avenue Associates, a New York general partnership with a principle place of business located at 60 East 42nd Street, New York, NY, owned a portion of the premises located at 450 Lexington Avenue, New York, NY.

## FIRST CAUSE OF ACTION

9.  On August 21, 2013 Plaintiff, Patrick Powell, was lawfully on the premises located at 450 Lexington Avenue, New York, NY installing sensors for an HVAC system in the drop ceiling in an area operated by the United States Postal Service (USPS) and the United States of America.

10. During the installation process, plaintiff was injured when he fell from an unsecured 12 foot A-frame ladder causing him sustain serious and permanent injuries.

11. Plaintiff, Patrick Powell, was not provided with proper safety devices or a safe work place as required by New York's Labor Law Sections 200, 240, and 241(6).

12. The defendant, Siedlecki Construction Co. Inc., was the general contractor for the construction project that plaintiff was injured during on August 21, 2013.

13. The defendant, Siedlecki Construction Co. Inc., exercised a supervisory roll and control of the plaintiff's work on the aforementioned date.

14. Defendant, Siedlecki Construction Co. Inc., was under a duty to use reasonable care and provide plaintiff with a safe place to work.

15. Defendant, Siedlecki Construction Co. Inc., was under a duty to provide safe and non-defective safety equipment to plaintiff while working from an elevated height.

16. The defendant, Siedlecki Construction Co. Inc. failed in that duty and said failure was the cause of plaintiff's injuries pursuant to Labor Law Sections 200, 240, and 241(6).

17. Defendant, United States Post Office (USPS) The United States of America was the owner of the property where plaintiff, Patrick Powell was injured on August 21, 2013.

18. Defendant, United States Post Office (USPS) The United States of America, hired defendant Siedlecki Construction Co. Inc. to perform construction work on its property located at 450 Lexington Avenue, New York, NY.

19. The defendant, United States Post Office (USPS) The United States of America, its employees, agents, or servants exercised a supervisory roll and control of the plaintiff's work on the aforementioned date.

20. The defendant, United States Post Office (USPS) The United States of America, was under a duty to use reasonable care and provide plaintiff with a safe place to work.

21. The defendant, United States Post Office (USPS) The United States of America, was under a duty to provide safe and non-defective safety equipment to plaintiff while working from an elevated height.

22. The defendant, United States Post Office (USPS) The United States of America, failed in that duty violating sections of the New York Labor Law, including but not limited to Sections 200 and 241(6), and are liable for plaintiff's damages pursuant to 28 USCS Section 1346(b)(1).

23. The defendant, RXR PO Owner, LLC, was the owner of the property where plaintiff, Patrick Powell was injured on August 21, 2013.

24. The defendant, RXR PO Owner, LLC, hired defendant Siedlecki Construction Co. Inc. to perform construction work on their property located at 450 Lexington Avenue, New York, NY.

25. The defendant, RXR PO Owner, LLC, exercised a supervisory roll and control of the plaintiff's work on the aforementioned date.

26. The defendant, RXR PO Owner, LLC, was under a duty to use reasonable care and provide a safe place to work for plaintiff.

27. The defendant, RXR PO Owner, LLC, was under a duty to provide safe and non-defective safety equipment to plaintiff while working from an elevated height.

28. The defendant, RXR PO Owner, LLC, failed in that duty and said failure was the cause of plaintiff's injuries pursuant to Labor Law Sections 200, 240, and 241(6).

29. The defendant, 230 Park Avenue Associates, was the owner of the property where plaintiff, Patrick Powell was injured on August 21, 2013.

30. The defendant, 230 Park Avenue Associates, hired defendant Siedlecki Construction Co. Inc. to perform construction work on their property located at 450 Lexington Avenue, New York, NY.

31. The defendant, 230 Park Avenue Associates, exercised a supervisory roll and control of the plaintiff's work on the aforementioned date.

32. The defendant, 230 Park Avenue Associates, was under a duty to use reasonable care and provide plaintiff with a safe place to work.

33. The defendant, 230 Park Avenue Associates, was under a duty to provide safe and non-defective safety equipment to plaintiff while working from an elevated height.

34. The defendant, 230 Park Avenue Associates, failed in that duty and said failure was the cause of plaintiff's injuries pursuant to Labor Law Sections 200, 240, and 241(6).

### SECOND CAUSE OF ACTION

35. Plaintiff repeats, restates, and re-asserts each and every allegation contained in paragraphs "1" through "34" with the same force and effect as if fully set forth herein.

36. Defendant Siedlecki Construction Co. was under a common law duty to provide plaintiff, Patrick Powell, with a reasonably safe work place.

37. Defendant Siedlecki Construction Co. Inc. failed to provide plaintiff with a safe place to work by failing to provide plaintiff with any non-defective safety devices while working from a height and is liable for plaintiff's injuries under a theory of ordinary negligence.

38. Defendant, United States Post Office (USPS) The United States of America was under a common law duty to provide plaintiff, Patrick Powell, with a reasonably safe work place.

39. Defendant, United States Post Office (USPS) The United States of America failed to provide plaintiff with a safe place to work by failing to provide plaintiff with any non-defective safety devices while working from a height and is liable for plaintiff's injuries under a theory of ordinary negligence.

40. Defendant, RXR PO Owner, LLC, was under a common law duty to provide plaintiff, Patrick Powell, with a reasonably safe work place.

41. Defendant, RXR PO Owner, LLC, failed to provide plaintiff with a safe place to work by failing to provide plaintiff with any non-defective safety devices while working from a height and is liable for plaintiff's injuries under a theory of ordinary negligence.

42. The defendant, 230 Park Avenue Associates, was under a common law duty to provide plaintiff, Patrick Powell, with a reasonably safe work place.

43. The defendant, 230 Park Avenue Associates, failed to provide plaintiff with a safe place to work by failing to provide plaintiff with any non-defective safety devices while working from a height and is liable for plaintiff's injuries under a theory of ordinary negligence.

## PRAYER FOR RELIEF

44. WHEREFORE, Plaintiff, Patrick Powell, demands judgment on the First Cause of Action against the Defendants, in the sum of $10,000,000.00 (Ten million dollars).

45. WHEREFORE Plaintiff, Patrick Powell, demands judgment on the Second Cause of Action against the Defendants, in the sum of $10,000,000.00 (Ten million dollars).

## JURY DEMAND

46. Plaintiff, Patrick Powell, demands a trial by jury of all issues so triable.

Dated: April 4, 2016

        Respectfully submitted,

        WILLIAM RICIGLIANO, P.C.

        <u>s/ Frank Filopei, Esq.</u>
        William Ricigliano, PC
        Attorney for Plaintiff
        232 Madison Avenue, Suite 1200
        New York, New York 10016
        (212) 725-5755
        ffilopei@wresq.com